UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

DAVIDSON CHUKWUKA,

                                 Plaintiff,

- against -

CITY OF NEW YORK, NEW YORK CITY HUMAN
RESOURCES ADMINISTRATION, and RICHARD
BECK, DIRECTOR OF BUREAU OF
RECONCILIATION AND CONTROL, NEW YORK
CITY HUMAN RESOURCES ADMINISTRATION
FINANCE OFFICE and SHERRY BERKOWITZ,

                                 Defendants.

------------------------------------------------------------------ x

**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**

05 Civ. 4331 (MGC)

       **PLEASE TAKE NOTICE** that upon defendants' Rule 56.1 Statement in Support of their Motion for Summary Judgment, dated March 1, 2011, the Declaration of Isaac Klepfish, March 1, 2011 and the exhibits annexed thereto, and the Memorandum of Law in Support of Defendants' Motion for Summary Judgment and upon all prior pleadings and proceedings, defendants will move this Court on March 31, 2011 at 9:30 a.m. before the Honorable Miriam Goldman Cederbaum, United States District Judge for the Southern District of New York, in Courtroom 14A at the United States District Courthouse located at 500 Pearl Street, New York, New York pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment and dismissing the complaint against defendants in its entirety, together with such other and further relief the Court deems just and proper.

       Pursuant to the Individual Practices of this Court, answering papers must be received by all parties by noon on Wednesday of the week before the return date, i.e., March 23,

2011. Reply papers, if any, must be received by all parties by noon on Tuesday of the week of the return date, i.e., March 29, 2011.

Dated: New York, New York
       March 1, 2011

                                       MICHAEL A. CARDOZO
                                       Corporation Counsel of the
                                         City of New York
                                       Attorney for Defendants
                                       100 Church Street, Room 2-171
                                       New York, New York 10007
                                       (212) 788-0897

                                       By: _____
                                             ISAAC KLEPFISH
                                             Assistant Corporation Counsel
                                             iklepfis@law.nyc.gov

TO:    NNEBE & ASSOCIATES, P.C.
          Attorney for Plaintiff
          472 Union Avenue, Suite 1000
          Brooklyn, New York 11211


05 Civ. 4331 (MGC)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVIDSON CHUKWUKA,

Pla[intiff]

- against -

CITY OF NEW YORK, NEW YORK CITY HUMAN RESOURCES ADMINISTRATION, and RICHARD BECK, DIRECTOR OF BUREAU OF RECONCILIATION AND CONTROL, NEW YORK CITY HUMAN RESOURCES ADMINISTRATION FINANCE OFFICE and SHERRY BERKOWITZ,

Defendants.

---

**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT AND SUPPORTING PAPERS**

---

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
Attorney for Defendants
100 Church Street
New York, N.Y. 10007

Of Counsel: Isaac Klepfish
Tel: (212) 788-0897
NYCLIS No.

Due and timely service is hereby admitted.

New York, N.Y. ...................................., 200 . . .

.................................................................... Esq.

Attorney for................................................................